

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-17-00465-CV

**HOUSING AUTHORITY OF ALICE**,
Appellant

v.

**TEXAS MUNICIPAL LEAGUE SELF-INSURANCE FUND** aka Texas Municipal League
Intergovernmental Risk Pool,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54404-CV
Honorable Oscar (O.J.) Hale, Judge Presiding

## O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                   Rebeca C. Martinez, Justice
                   Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice
                   Irene Rios, Justice
                   Beth Watkins, Justice
                   Liza A. Rodriguez, Justice

The court has considered the appellant's motion for en banc reconsideration and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court